THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTIAN PARLER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YUM BRANDS, INC., d/b/a KFC, and KFC Corporation,<br><br>Defendants. | Court File No. 05-2198 PAM/JJG<br><br><br><br>**ORDER** |

The parties having entered into the foregoing Stipulation to Dismiss Defendant Yum! Brands, Inc., assigned by ECF as Document Number 41, it is hereby ORDERED:

All claims made by the Plaintiffs against Yum! Brands, Inc. are, consistent with the terms of the foregoing Stipulation, dismissed with prejudice and without costs or disbursements to any party.

The caption in the above litigation is changed to read "CHRISTIAN PARLER, individually and on behalf of others similarly situated, Plaintiffs, vs. KFC CORPORATION, Defendant."

*SO ORDERED.*

DATED: January   13  , 2006

                                           s/Paul A. Magnuson
                                          The Honorable Paul A. Magnuson
                                          United States District Court Judge